

July 17, 2019

VIA ECF

Honorable Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

        RE:    USA vs Keith Outlaw *et al.*
                   18-cr-41

Dear Judge Cote:

    I respectfully request that Keith Outlaw's sentence date of Friday, July 26, 2019 be adjourned to a date after August 15, 2019.

    I was on trial before the Honorable Kevin McNulty in the District of New Jersey on a criminal trial that ended yesterday. Prior that trial commencing and during the trial I was unable to attend to other matters, including the sentencing memorandum on behalf of Mr. Outlaw. The final PSR was emailed to me last week and I was unable to review it due to my trial.

    Mr. Outlaw is facing a mandatory minimum sentence of 10 years and a maximum sentence of life imprisonment. I would like to have adequate time to prepare a sentencing memorandum, given the penalties faced by my client.

    I have conferred with AUSA Justin Rodriguez and he does not object to my request for an adjournment. I am scheduled to be on vacation August 1 through August 15 and would respectfully request that Mr. Outlaw's sentence be adjourned to a date after August 15.

    I apologize to the Court for any inconvenience and kindly ask that you consider granting my request.

---

750 Valley Brook Avenue │ Lyndhurst │ New Jersey 07071 │ 201.935.3005 │ 201.935.7667 ∞ fax
tambrosio@legal750.com

Respectfully yours,

*/s/Thomas Ambrosio*
Thomas Ambrosio

Encl.

_____
750 Valley Brook Avenue │Lyndhurst │New Jersey 07071 │201.935.3005 │201.935.7667 ∞ fax
tambrosio@legal750.com