```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
KEITH OUTLAW,                            :    20cv3952 (DLC)
                                         :    18cr0041-16 (DLC)
                         Petitioner,     :
              -v-                        :         ORDER
                                         :
UNITED STATES OF AMERICA,                :
                                         :
                         Respondent.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On May 21, 2020, defendant Keith Outlaw, proceeding pro se, moved pursuant to 28 U.S.C. § 2255 to challenge his August 1, 2019 judgment of conviction.  See United States v. Outlaw, No. 18cr0041 (DLC) (S.D.N.Y.).  The defendant has filed a direct appeal from his conviction, which is currently pending before the Second Circuit.  See United States v. Outlaw, No. 19-2544 (2d Cir.).  Accordingly, it is hereby

ORDERED that the defendant's May 21 § 2255 motion is denied without prejudice to renewal after the resolution of his direct appeal.

Dated:   New York, New York
         May 27, 2020

                                    _____
                                              DENISE COTE
                                    United States District Judge