USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6-18-24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                             Plaintiff,

     -against-                                 18-CR-41 (ALC)

KEITH OUTLAW                                **ORDER**

                             Defendant.

---------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

     Re-sentencing set for **June 20, 2024**, at **2:00 p.m**.

SO ORDERED.

Dated:     New York, New York
             June 18, 2024

                                                       ANDREW L. CARTER, JR.
                                                       **United States District Judge**