UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
UNITED STATES OF AMERICA,

       Plaintiff,

  -against-           18-CR-41 (ALC)

KEITH OUTLAW          **ORDER**

       Defendant.

------------------------------------------------------------------ x

ANDREW L. CARTER, JR., District Judge:

Today's Re-sentencing Hearing is adjourned to **4:00 p.m**.

SO ORDERED.

Dated:  New York, New York
      June 20, 2024

                _____
                ANDREW L. CARTER, JR.
                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6-20-24